AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TEXAS

FILED: **1/21/21**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

United States of America )
v. )
) Case No.   9:21mj3
)
Daniel Page Adams ) Charging District's
*Defendant* ) Case No.   21mj81

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia.

The defendant may need an interpreter for this language: _____.

The defendant:
      will retain an attorney.
    ✓ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   Jan 21, 2021

*Judge's signature*

Zack Hawthorn, U.S. Magistrate Judge
*Printed name and title*

**This commitment was received and executed as follows:**

DATE COMMITMENT ORDER RECEIVED: _____

PLACE OF COMMITMENT: _____

DATE DEFENDANT COMMITTED: _____

DATE: _____ (BY) DEPUTY MARSHAL _____